*FORM TO BE USED BY A PRISONER FILING A*
*42 U.S.C. δ 1983 CIVIL RIGHTS COMPLAINT*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

*I. CAPTION*

Chris Ifeanyi Abba Okoro
*(Enter the full name of the plaintiff or plaintiffs)*

*v.*

PrimeCare Medical, Inc

*(Enter the full name of the defendant or defendants)*

*II. PARTIES*

a. *Plaintiff*
*Full name:* Chris Ifeanyi Abba Okoro

*Prison Identification number:* 0217528

*Place of present confinement:* Lehigh County Jail

*Address:* 38 N 4th st, Allentown, PA 18102

*Place of confinement at time of incidents or conditions alleged in complaint, including address:*

Lehigh County Jail

*Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.*

b. *Defendants: (list only those defendants named in the caption of the complaint, section I)*

1. *Full name including title:* Prime Care Medical, Inc

   *Place of employment and section or unit:* ______

2. *Full name including title:* Lehigh County

   *Place of employment and section or unit:* ______

3. *Full name including title:* ______

   *Place of employment and section or unit:* ______

4. *Full name including title:* ______

   *Place of employment and section or unit:* ______

*Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.*

## *III. PREVIOUS LAWSUITS*

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit:*

*Plaintiffs* Chris Ifrany, Abba Okoro

*Defendants* Detective Thomas Sabolsky

*Issues:* Deprivation of rights, abuse of power

*Court: if federal, which district?* ______

*if state, which county?* Lehigh county

*Docket number:* ______ *Date filed:* 10/25/2026

*Name of presiding judge:* ______

*Disposition: (check correct answer(s)): Date:* ______

*Dismissed* ___ *Reason?* ______

*Judgment* ___ *In whose favor?* ______

*Pending* X *Current status?* N/A

*Other* ___ *Explain* ______

*Appeal filed?* ___ *Current status?* ______

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

## *IV ADMINISTRATIVE REMEDIES*

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

a. *Describe the administrative procedures available to resolve the issues raised in this complaint:*

*Type of procedure. (grievance, disciplinary review, etc.)*

I filed a grevance

*Authority for procedure. (DC-ADM, inmate handbook, etc.)*

Grievance coordinator

*Formal or informal procedure.* Formal

*Who conducts the initial review?* Grievance coordinator

*What additional review and appeals are available?* no

b. *Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:*

*On what date did you request initial review?* 9/2/2026

*What action did you ask prison authorities to take?* Request health records

*What response did you receive to your request?* I need to be discharged first in order to obtain records

*What further review did you seek and on what dates did you file the requests?*

9/10/2026

*What responses did you received to your requests for further review?*

I need to be discharged first to go any further.

c. *If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?*

I did follow but as you can see my continement makes it impossible

## *V. STATEMENT OF CLAIM*

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

*Statement of Claim:*

This organization kept me in a confined box for 24 hours a day with no shower or phone calls and forced me to eat in a cell all of which is illegal for a period of 3 and a half weeks in total, I have mental scars and trauma for this and because of this I accepted a plea deal to a crime I didn't even do since they threaten to put me back in when they heard my trial was near.
This involves Prime care inc and Lehigh county

## *VI. RELIEF*

*Instructions: Briefly state exactly what you want the Court to do for you.*

*Relief sought:*

$500K discretionary legal fund for me and Lehigh county is forced to train staff to be therapists since there's none here. And a $100K punitive damage fund to be used on me. Plus no more observation rooms.

## *VII. DECLARATION AND SIGNATURE*

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

11/3/2026
*DATE*

Chris Olvera
*SIGNATURE OF PLAINTIFF(S)*

NAME: Chris. Ouero 217528
LEHIGH COUNTY JAIL
38 N 4TH ST
ALLENTOWN PA 18102-3489

M.S.
RAY

LEHIGH VALLEY PA 180
5 NOV 2026 AM 4 L




RECEIVED
NOV 09 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Michael E. Kunz, Clerk,
U.S. District Court, eastern District
of Pennsylvania, 2609 U.S. Courthouse,
601 Market street, Philadelphia, PA
19106-1797

19106-173259